In the Matter of the Accounting of CATHERINE M. MASCHER et al., as Trustees under the Will of JOHN EWALD, Deceased, Appellants. GRACE E. ODOM et al., Respondents.—Decree of the Surrogate's Court, Queens County, modified on the law by substituting for the sum of $430, in the second decretal paragraph the sum of $285; by substituting for the sum of $228.38 in the third decretal paragraph the sum of $83.38; and by substituting for the sum of $1,218.50 in the 9th subdivision of the fourth decretal paragraph the sum of $1,508.50. As so modified, the decree, insofar as appealed from, is unanimously affirmed, without costs, and the matter is remitted to the Surrogate's Court for the entry of a decree accordingly. The order of modification on the prior appeal to this court (266 App. Div. 799) having made no direction for the award of costs in the Surrogate's Court, it was improper to award costs to the respondents for services rendered prior to the appeal. Present— Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

In the Matter of the Estate of FRIEDERIKE GASTEYER, Deceased. FREDERICK WALZ, Appellant; PUBLIC ADMINISTRATOR OF KINGS COUNTY et al., Respondents.— Appeal by petitioner from a decree of the Surrogate's Court of Kings County vacating a prior decree of that court which granted ancillary letters of administration to petitioner, suspending the designation of petitioner to receive ancillary letters pending the duration of the war, and awarding ancillary letters of administration *c. t. a.* to the Public Administrator of Kings County. Decree unanimously affirmed, with costs to the Public Administrator of Kings County, payable out of the estate. No opinion. Close, P. J., Carswell, Adel and Aldrich, JJ., concur; Hagarty, J., concurs on the ground stated in *Matter of Weinmann* (*post* p. 829, decided herewith). [See *post*, p. 832.]